# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-20290-ERW |
| | § | |
| BOGUSLAWA KOGUT | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 06/25/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/03/2013                    By:  /s/ David P. Leibowitz

                                                 (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-20290-ERW |
| | § | |
| BOGUSLAWA KOGUT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $54,498.00
*and approved disbursements of* $266.19
*leaving a balance on hand of[1]:* $54,231.81

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $54,231.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $3,826.16 | $0.00 | $3,826.16 |
| David P. Leibowitz, Trustee Expenses | $1.68 | $0.00 | $1.68 |
| Lakelaw, Attorney for Trustee Fees | $6,675.00 | $0.00 | $6,675.00 |
| Lakelaw, Attorney for Trustee Expenses | $8.56 | $0.00 | $8.56 |

Total to be paid for chapter 7 administrative expenses: $10,511.40
Remaining balance: $43,720.41

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Remaining balance:  $43,720.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:  $0.00
Remaining balance:  $43,720.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,949.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank | $1,342.31 | $0.00 | $1,342.31 |
| 2 | Midland Funding, LLC/ GE Capital Retail Bank Lord & Taylor | $1,442.67 | $0.00 | $1,442.67 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank | $17,164.85 | $0.00 | $17,164.85 |

Total to be paid to timely general unsecured claims:  $19,949.83
Remaining balance:  $23,770.58

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $23,770.58

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $23,770.58 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.18 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $34.24. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $23,736.34.

Prepared By:   /s/ David P. Leibowitz
                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 12-20290-ERW
Boguslawa Kogut                                                          Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox           Page 1 of 2           Date Rcvd: Jun 04, 2013
                             Form ID: pdf006       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2013.
db          +Boguslawa Kogut,    109 N. Hamlin Ave,    Park Ridge, IL 60068-2919
aty          David P. Leibowitz LLC d/b/a Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
18926709    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18926708    +Chase,   Po Box 24696,    Columbus, OH 43224-0696
18926711    +Chase Manhattan,    Attn: Bankruptcy Research Dept,    P.O. Box 24696,    Columbus, OH 43224-0696
18926712    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
18926714    +Gecrb/lord & Tay,    425 5th Ave,    New York, NY 10016-2223
18926715    +Harris N.a.,    Bmo-Harris Bank/Attention: Legal Service,    1100 W. Monroe 421 E,
              Chicago, IL 60607-2507
18926716    +Hsbc/Menards,    Attn: Bankruptcy Dept,    Po Box 5263,    Carol Stream, IL 60197-5263
19932199     Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
18926717    +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19280312     E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2013 03:14:39      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18926713    +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2013 03:12:20      Gecrb/home Design Nhfa,
              C/o Po Box 965036,    Orlando, FL 32896-0001
19372315    +E-mail/Text: resurgentbknotifications@resurgent.com Jun 05 2013 02:51:17
              PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
20354558     E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2013 03:11:32      Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
19932200     E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2013 03:11:32
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605                                                    TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18926710*   +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**                          **Signature:**

District/off: 0752-1          User: acox          Page 2 of 2          Date Rcvd: Jun 04, 2013
                             Form ID: pdf006      Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2013 at the address(es) listed below:
          David H Cutler    on behalf of Debtor Boguslawa  Kogut cutlerfilings@gmail.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Heather M Giannino    on behalf of Creditor    JP Morgan Chase Bank, National Association, as
           servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of
           America, National Association as Trustee as successor by merger heathergiannino@hsbattys.com,
           jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Jonathan T Brand    on behalf of Plaintiff David P Leibowitz jbrand@lakelaw.com,  ECF@lakelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard N Golding    on behalf of Defendant Anita  Gaik rgolding@goldinglaw.net
                                                                                    TOTAL: 7